# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-00079-01-CR-W-DGK |
| | ) | |
| BYRON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 9, 2021, the Grand Jury returned a two-count Indictment charging Defendant Byron Williams with two counts of being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Stefan Christopher Hughes
        Case Agent: FBI Task Force Officer John Straubel and Michelle Wells (paralegal)
    Defense: Lesley Diana Smith and a second chair (possibly Laine Cardarella)
        Kendra Jackson (investigator) and/or Latasha Hubbert (paralegal)

**OUTSTANDING MOTIONS**: Please note that a Report and Recommendation regarding the Motion for Determination of Competency was filed on March 27, 2023. Defendant filed Defense Objections to the Magistrate Court's Report and Recommendation on Defendant's Competency on April 10, 2023.

| 08/26/2021 | view23 | MOTION for psychiatric exam *and Determination of Competency* by Byron Williams. Suggestions in opposition/response due by 9/9/2021 unless otherwise directed by the court. (Smith, Lesley) (Entered: 08/26/2021) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 19-21 with stipulations; 53 without stipulations
    Defendant: 3-4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 75 exhibits
    Defendant: approximately 10-15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 ½-4 days total**
    Government's case including jury selection: 3 day(s)
    Defendant: ½-1 day(s)

**STIPULATIONS**: The parties are discussing stipulations and anticipate one stipulation.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before April 18, 2023.**
        Defendant: None filed. **Due on or before April 18, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 26, 2023.**

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before April 26, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for May 1, 2023.

    **Please note:** The Government requests the second week and defense is in agreement with the request. The parties are available on the third week (the week of May 15, 2023) if necessary.

    **IT IS SO ORDERED.**

        */s/ Lajuana M. Counts*
        LAJUANA M. COUNTS
        UNITED STATES MAGISTRATE JUDGE