# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00079-01-CR-W-DGK |
| ) | |
| BYRON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 25, 2023, the Grand Jury returned a three-count Superseding Indictment charging Defendant Byron Williams with three counts of being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Stefan Christopher Hughes
        Case Agent: FBI Task Force Officer John Straubel and Michelle Wells (paralegal)
    Defense: Lesley Diana Smith and a second chair
        Kendra Jackson (investigator) and/or Latasha Hubbert (paralegal)

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 19-21 with stipulations; 53 without stipulations
    Defendant: 3-4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 75 exhibits
    Defendant: approximately 10-15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
    Government's case including jury selection: 2½ day(s)
    Defendant: ½ day

**STIPULATIONS**: The parties will discuss stipulations if this matter goes to trial. At least one stipulation as to prior convictions is anticipated.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: Proposed Exhibit and Witness Lists filed 4/26/23. **Updated list(s) due on or before September 12, 2023.**
        Defendant: None filed. **Due on or before September 12, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before September 20, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 20, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for September 25, 2023.

    **Please note:** If this matter does not resolve via plea, then the parties request the first week of the docket.

    **IT IS SO ORDERED.**

                            */s/ Lajuana M. Counts*
                            LAJUANA M. COUNTS
                            UNITED STATES MAGISTRATE JUDGE