IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-CR-00079-01-DGK |
| | ) | |
| BYRON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On September 12, 2023, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation, ECF No. 71, recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of being a felon in possession of a firearm in violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in Counts One, Two, and Three of the Superseding Indictment. Neither party has objected and the time for doing so has passed.

In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Counts One, Two, and Three of the Superseding Indictment.

**IT IS SO ORDERED.**

Date: November 2, 2023  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT